IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Paul Elliott Smith - #216644

                                     /

No. C 13-80204 WHA

**ORDER OF SUSPENSION**

      Because Paul Elliott Smith has failed to respond to the order to show cause, Mr. Smith's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE